JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURU DENIM, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> HK WORLDWIDE, LLC, ET AL., <br><br> Defendant(s). | CASE NO. CV 13-07839-MMM(JCx) <br><br> ORDER OF DISMISSAL FOR LACK OF PROSECUTION WITHOUT PREJUDICE <br><br> (Pursuant to Local Rule 41) |

On December 11, 2013, the Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution. On January 27, 2014, the court granted defendants' *Ex Parte* applications to extend time to respond to the complaint to January 27, 2014 for defendant Ross Stores, Inc. and January 31, 2014 for defendant HK Worldwide LLC.

No answer having been filed by defendants and no request by plaintiff for the Clerk of the Court to enter defendants' defaults,

IT IS ORDERED AND ADJUDGED that the above-entitled case is dismissed, without prejudice, for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Local Rule 41.

Dated: February 6, 2014

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE